# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA THOMPSON,** | Case No. 2:15-cv-02216-JAM-EFB |
| Plaintiff, | **ORDER** |
| vs. | |
| **THE BEST SERVICE CO. INC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 22nd day of April, 2016

/s/ John A. Mendez_____
The Honorable John A. Mendez